UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JIM OLIVER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 21-042-DCR |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| JACKSON FAMILY ENTERPRISES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Jim Oliver, Defendant Stonestreet Farm, LLC and terminated Defendant Jackson Family Enterprises, Inc. have tendered a stipulation of dismissal under Rule 41 of the Federal Rules of Civil Procedure. [Record No. 33] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. This action is **DISMISSED**, without prejudice, and **STRICKEN** from the Court's docket.

2. Each party shall bear their respective costs, attorney's fees, and expenses.

Dated: November 29, 2021.



Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky